**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TROY FAIBVRE, MAYADA HAMODA, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and DOES 1-20, inclusive,

Defendants.

Case No.: 3:25-cv-00617-BTM-DTF

**ORDER GRANTING JOINT MOTION TO STAY ACTION PENDING SETTLEMENT**

**[ECF NO. 39]**

//

//

//

The parties jointly move the Court to stay this action pending court approval and effectuation of the terms of a global settlement in an overlapping wage and hour class action, *Greene v. U.S. Nursing Corp.*, No. 3:24-cv-01796-BTM-BJW. The Court **GRANTS** the joint motion. This action is stayed pending court approval and effectuation of the terms of a global settlement in *Greene*. Either party may independently move to lift the stay if the settlement in *Greene* does not receive final approval or its terms are not effectuated. The parties are ordered to appear for a status conference on **December 10, 2026**, at **2 p.m.**

**IT IS SO ORDERED.**

Dated: August 11, 2026

Honorable Barry Ted Moskowitz
United States District Judge